UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

ALLIED SERVICES, LLC

vs.

SMASH MY TRASH, LLC, et al.

Action Number
4:21-CV-00249-SRB

# EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection |
|---|---|
| Ex | = offered, but objected to and excluded |
| DB | = admitted, de bene |

| Ltd | = admitted for limited purposes |
|---|---|
| X | = offered & admitted over objection |
| NO | = marked, but not offered |
| WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | X | 4/21/21 | 9:06 | Labconco Customer Service Agreement |
| 2 | X | " | " | MC Flooring Customer Service Agreement |
| 3 | X | " | 9:14 | Wastequip Quote |
| 4 | ✓ | " | 9:19 | Smash My Trash Homepage |
| 5 | ✓ | " | " | Smash My Trash On-Site Smash Service |
| 6 | ✓ | " | " | Smashing 101 - Smashing FAQs |
| 7 | | | | Smash My Trash Terms of Service |
| 8 | | | | Smash My Trash Service in Kansas City, Missouri |
| 9 | | | | Smash Machine Smashing Plaintiff's Container |
| 10 | X | 4/21/21 | 9:26 | Photographs of Damage to Container |
| 11 | | | | Wastequip Products Summary |
| 12 | | | | Cease and Desist Letter |
| 13 | | | | Smash Response Letter |

Page # 1  I CERTIFY that I have this date 4-21-21 received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____ Signature

Melissa Sherman _____ Name

:exhibin.int